**IT IS ORDERED**

**Date Entered on Docket: July 1, 2015**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In RE:   Charles McQuade Debtor                    Case No. 15-10883-t7

## ORDER ABANDONING TRADEMARK

Las Alamos National Bank's Motion to Abandon Trademark (DKT. 21) was filed May 21, 2015 and a Notice of such Motion and Deadline to file Objections (DKT. 22) was filed on May 21, 2015 confirming service of such Motion and Notice on the Debtor, Debtor's counsel and the Trustee, providing 21 days plus 3 days for mailing in which to file objections; the objection deadline has expired; and no objections were timely filed or filed to date; and the deadline to file objections has passed; the Court being fully advised enters the following:

IT IS HEREBY ORDERED THAT:

1

A. LANB's Motion to Abandon the trademark/tradename "Jackalope" is granted;

B. The trademark/tradename "Jackalope" was not property of the estate pursuant to 11 USC §541;

C. If the trademark was property of the Estate, it is hereby abandoned to the Receiver, appointed by the Santa Fe County District Court in the case captioned LANB v. Jackalope Inc et al. No. D-101-CV-2014-02586;

D. LANB has a perfected security interest on the trademark/tradename "Jackalope"

*** END OF ORDER ***

Respectfully Submitted:

Ken Wagner Law P.A.


*Electronically filed*
/s/ Kenneth R. Wagner
Attorneys for Los Alamos National Bank are:
KEN WAGNER LAW, P.A.
Kenneth R. Wagner, Esq.
Louis Puccini, Jr.
*Attorneys for Plaintiff*
Post Office Box 25167
Albuquerque, NM 87125-5167
505.242.6300
505.242.0790 fax
kwagner@wagnerlaw.com


I HEREBY CERTIFY that on this 29th day of June, 2015 I electronically filed the foregoing with the Clerk of the Court, using the Court's electronic filing system, and served the following via electronic filing:

Gerald R. Velarde
gvelarde@velardepc.com
Law Office of Gerald R. Velarde, P.C.
2531 Wyoming Blvd. NE

2

Albuquerque, NM    87112-1027

Charles H. McQuade
1436 Paseo Norteno
Santa Fe, NM 87507
*Debtor*

Yvette J. Gonzales
P.O. Box 1937
Tijeras, NM 87043-1037
*Trustee in Bankruptcy*


***Electronically Filed***

*/s/ Kenneth R. Wagner*
Kenneth R. Wagner, Esq.